UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
DONALD POLINSKIE, JACQUELINE
STRETCH, and JAMES STRETCH,

                                Plaintiffs,

               - against -

VILLAGE OF MASTIC BEACH, MAURA
SPREY, BRUCE SUMMA, PATRICK McCALL,
and TERESA A. MADARASZ,

                               Defendants.
-------------------------------------------------------------X

**ORDER**

CV 16-3090 (DRH) (AKT)

**A. KATHLEEN TOMLINSON, Magistrate Judge:**

      After conferring with Judge Hurley, and having considered the submissions of counsel concerning the stay which was issued in this case, the Court is lifting the stay on discovery. Therefore, to the extent defendants' counsel has not done so, defendants' responses to the discovery demands previously served by plaintiff must be served no later than January 6, 2017. The Court will conduct a telephone conference on January 12, 2017 at 9:30 a.m. to discuss whether objections have been resolved and to schedule further discovery. Plaintiffs' counsel is directed to initiate the call to Chambers. By virtue of this Order, DE 37 is deemed MOOT and DE 42 is GRANTED to the extent set forth in this Order.

      With regard to defendants' previous intention to move with regard to the Amended Complaint, to the extent that defendants still wish to make a motion, counsel is directed to take up this issue before Judge Hurley.

                                                                  **SO ORDERED.**

Dated: Central Islip, New York
December 5, 2016

/s/ A. Kathleen Tomlinson
A. KATHLEEN TOMLINSON
U.S. Magistrate Judge

Case 2:16-cv-03090-DRH-AKT   Document 43   Filed 12/05/16   Page 3 of 3 PageID #: 660